## Jeffrey C. McDaniel

**From:** RyanWells@wellsfargo.com
**Sent:** Monday, February 18, 2008 11:48 AM
**To:** Jeffrey C. McDaniel
**Subject:** Goodman CASE#07-15831 WFF REF#166880864
**Attachments:** GoodmanNotice.pdf; GoodmanPlan10-29-07.pdf

Can you respond to this for us. We received the pre-petition arrears of $3552.69 from the trustee. However we have not received any post-petition payments to date. They are post-petition delinquent $8433.06 = $1646 for Sept, Oct & Nov + $1747.53 for Dec & Jan.

I attached the notice and the plan.

Let me know what you think.

Thanks.

<<GoodmanNotice.pdf>> <<GoodmanPlan10-29-07.pdf>>

**Ryan E. Wells**

WFF Collections-Real Estate Bankruptcy

MAC: F4012-011

4143 121st. St.

Urbandale, IA 50323

1-866-533-2108 Ext. 29906

1-877-455-9956 Fax

RyanWells@financial.wellsfargo.com

*"This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation."*



EXHIBIT A

2/21/2008